UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

July 19, 2018

Louis H. Behr
16822 94TH ST N
LOXAHATCHEE, FL 33470

Rebekka Anne Behr
16822 94TH ST N
LOXAHATCHEE, FL 33470

J.B.
16822 94TH ST N
LOXAHATCHEE, FL 33470

Appeal Number: 18-12842-JJ
Case Style: Rebekka Behr, et al v. James Campbell, et al
District Court Docket No: 9:18-cv-80221-RLR

You are receiving this notice because you have not completed the below required filing(s) pursuant to 11th Cir. Rule 26.1-1:

Certificate of Interested Persons and Corporate Disclosure Statement (CIP) pursuant to 11th Cir. R. 26.1-1(a)

Pursuant to 11th Cir. R. 26.1-5(c), failure to comply with these Rules may result in dismissal of the case or appeal under 11th Cir. R. 42-1(b), return of deficient documents without action, or other sanctions on counsel, the party, or both.

**Please immediately file your certificate of interested persons.**

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Tiffany A. Tucker, JJ
Phone #: (404)335-6193

Enclosure(s)

CIP Deficiency Letter