# LOUIS BEHR, ET AL V MELISSA BROOKS, ET AL

Case No. 18-12466-B and
18-12842-JJ

CPI

Florida 4th District Court of Appeals

Conner, Honorable Judge Burton C.

Forst, Honorable Judge Alan O.

Gerber, Honorable Chief Judge Jonathan D.

May, Honorable Judge Melanie G.

Taylor, Honorable Judge Carole Y.

Florida Fifteenth District of Palm Beach County

Alveraz, Honorable Judge Ronald

Artau, Honorable Judge Edward L.

Blanc, Honorable Judge Peter D.

Burton, Honorable Judge Charles

Caracuzzo, Honorable Judge D Cheryl A.

Coates, Jr., Honorable Judge Howard K.

Colbath, Honorable Judge Jeffrey

Colton, Honorable Judge Rodger

Fanelli, Magistrate Honorable Judette N.

French, Honorable Judge David E.

Hafele, Honorable Judge Donald W.

Kroll, Honorable Judge Kathleen J.

Martz, Honorable Judge James

Marx, Honorable Judge Krista

Rowe, Honorable Judge Cymonie

Moses Stephens, Honorable Judge Debra Moses

Suskauer, Honorable Judge Scott

Kirigin, Magistrate Honorable Diane

Williams, Jr., Magistrate Honorable James B.

Abramowitz, Alan

Behr, Louis H.

C-1

# LOUIS BEHR, ET AL V MELISSA BROOKS, ET AL

Case No. 18-12466-B and
Case No. 18-12842-JJ

Behr, Rebekka A.

Minor Child J.B.

Behr, Miracle

Behr, Casandra

Bell, Esq., J. Erik

Bondi, Pam, Florida Attorney General

Braun, Esq., Jay

Brooks, Melissa K.

Campbell, Ph.D., James

Carroll, Mike

Children's Home Society

Citizens of the State of Florida

Crumm, Joseph

Defendant Jurist John Doe 1 – 8, Defendant John Doe 1 - 100 will be attached in Brief

Demar, Julie

Fenner, Roberta

Florida Office of Inspector General

Florida State Department of Children and Families

Florida Guardian Ad Litem Program Statewide

Franklin, Patricia L.

Green, Nina

Hudson, Kathy

Johnson, Anna

Lancaster, Esq., Jennifer

McGriff, Nefretiri

Melvin, Vern

Miles, Dennis

Minor Children in the State of Florida

Palm Beach County Attorney General's Office

Palm Beach County Department of Children and Families

# LOUIS BEHR, ET AL V MELISSA BROOKS, ET AL

Case No. 18-12466-B and
Case No. 18-12842-JJ

Palm Beach County Guardian Ad Litem Program

Palm Beach County Criminal Conflict and Civil Regional Counsel

Palm Beach County Sheriff's Office

Parks, Keith

Patterson-Hughes, Paige

Ryan, Esq., Paul

Seder, Esq., Sandra

Seth

Scott, Governor Rick

Shoemaker, Laura

Smith, Esq., James

Taggert, Stacey

The Palm Beach County School District

Tolbert, Psy.D., Kristin

Young, Amie