CASE NO. 18-12842-JJ

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

---

Rebekka Behr, et al.,

*Appellant-Plaintiff,*

vs.

James Campbell, et al.,

*Appellees-Defendants.*

---

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

---

**APPELLEES JAMES CAMPBELL'S AND PALM BEACH COUNTY SCHOOL DISTRICT'S CERTIFICATE OF INTERESTED PERSONS**

---

Sean Fahey, Esq.
Office of General Counsel
School Board of Palm Beach County
3300 Forest Hill Boulevard, Ste. C-331
West Palm Beach, FL 33406
Telephone: (561) 434-8746
Facsimile: (561) 434-8105
sean.fahey@palmbeachschools.org
**Attorney for Appellees James Campbell and Palm Beach County School District**

Case No. 18-12842-JJ, *Rebekka Behr, et al., v. James Campbell, et al.,*

# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

The following is a complete list of all trial judges, attorneys, persons, associations of persons, firms, partnerships, and corporations known to the undersigned that have an interest in the outcome of this case or appeal:

Avossa, Robert

Bell, Jon E.

Behr, Louis H.

Behr, Rebekka Anne

Bernard, Shawntoyia N.

Campbell, James

Fahey, Sean C.

Fennoy, Donald

Hopkins, Hon. James

J.B.

Reinhart, Hon. Bruce

Rosenberg, Hon. Robin

School Board of Palm Beach County, Florida

School District of Palm Beach County, Florida

Case No. 18-12842-JJ, *Rebekka Behr, et al., v. James Campbell, et al.,*

Dated: July 30, 2018

                                        Respectfully submitted,

                                        <u>/s/ Sean Fahey</u>
                                        Sean Fahey, Esq.
                                        Florida Bar No.:  0101083
                                        Office of General Counsel
                                        School Board of Palm Beach County
                                        3300 Forest Hill Boulevard, C-331
                                        West Palm Beach, FL 33406
                                        Telephone:  (561) 434-8746
                                        Facsimile:   (561) 434-8105
                                        sean.fahey@palmbeachschools.org

Case No. 18-12842-JJ, *Rebekka Behr, et al., v. James Campbell, et al.,*

# CERTIFICATE OF SERVICE

  I hereby certify that on July 30, 2018, I electronically filed this Certificate of Interested Persons with the Clerk of the Court for the United States Court of Appeals for the Eleventh Circuit by using the CM/ECF system and served Appellants by mailing a copy to each of the names and addresses below:

Louis H. Behr
16822 94TH ST N
LOXAHATCHEE, FL 33470

Rebekka Anne Behr
16822 94TH ST N
LOXAHATCHEE, FL 33470

J.B.
16822 94TH ST N
LOXAHATCHEE, FL 33470

             /s/ Sean Fahey
             Sean Fahey, Esq.
             Florida Bar No.: 0101083
             Office of General Counsel
             School Board of Palm Beach County
             3300 Forest Hill Boulevard, C-331
             West Palm Beach, FL 33406
             Telephone: (561) 434-8746
             Facsimile: (561) 434-8105
             sean.fahey@palmbeachschools.org