# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

August 07, 2018

Louis H. Behr
16822 94TH ST N
LOXAHATCHEE, FL 33470

Rebekka Anne Behr
16822 94TH ST N
LOXAHATCHEE, FL 33470

J.B.
16822 94TH ST N
LOXAHATCHEE, FL 33470

Appeal Number: 18-12842-
Case Style:

The Appellants' brief due 8/13/2018; appendices due 8/20/18, however, there is a pending motion to consolidate appeals which stops the briefing schedule. (See 11th Cir. R. 31-1-(b).

The motion for extension you recently submitted is being returned unfiled.

Appellants' brief will be due 40 days after this Court rules on the motion to consolidate appeals 18-12466 and 18-12842.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Tiffany A. Tucker, JJ
Phone #: (404)335-6193

MP-1