# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

September 10, 2018

Louis H. Behr
16822 94TH ST N
LOXAHATCHEE, FL 33470

Rebekka Anne Behr
16822 94TH ST N
LOXAHATCHEE, FL 33470

J.B.
16822 94TH ST N
LOXAHATCHEE, FL 33470

Appeal Number: 18-12842-JJ
Case Style: Rebekka Behr, et al v. James Campbell, et al
District Court Docket No: 9:18-cv-80221-RLR

Based upon the responses of the parties, it appears that this court has jurisdiction to consider this appeal. A final determination regarding jurisdiction will be made by the panel to whom this appeal is submitted on the merits.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Tiffany A. Tucker, JJ
Phone #: (404)335-6193

JUR-3 Ntc of prob juris