# IN THE UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

_____

Case No. 18-12842-JJ
_____

REBEKKA BEHR, ET AL.

Appellants,

v.

JAMES CAMPBELL, ET AL.,

Appellees.

_____

On Appeal from the United States District Court
for the Southern District of Florida
L.T. Case No. 9:18-cv-80221-RLR

_____

**APPELLANTS REBEKKA BEHR'S AND LOUIS BEHR'S AMENDED CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

_____

CARLTON FIELDS, P.A.
Suite 4200 Miami Tower
100 S.E. Second Street
Miami, Florida 33131
Tel:  (305) 530-0050
Fax:  (305) 530-0055

*Appellate Counsel for Appellants
Rebekka Behr and Louis Behr*

# CERTIFICATE OF INTERESTED PERSONS
# AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1 and Eleventh Circuit Rules 26.1-1 – 26.1-3, Appellants, Rebekka Behr and Louis Behr, hereby certify that the following persons or entities may have an interest in the outcome of this litigation. In addition, Appellants Rebekka Anne Behr and Louis H. Behr state that the corporate-disclosure requirements of F.R.A.P. 26.1 and Eleventh Circuit Rule 26.1-1 do not apply here.

1. Avossa, Robert

2. Behr, Louis H. – Plaintiff-Appellant

3. Behr, Rebekka Anne – Plaintiff-Appellant

4. Bell, Jon E. – Counsel for Defendants-Appellees James Campbell and Palm Beach County School District

5. Bernard, Shawntoyia N. – Counsel for Defendant-Appellee Palm Beach County School District

6. Blackwelder, Brion – Appellate Counsel for Plaintiff-Appellant J.B.

7. Braun, Jay – Defendant-Appellee

8. Brooks, Melissa K. – Defendant-Appellee

9. Campbell, James – Defendant-Appellee

10. Carlton Fields, P.A. – Appellate Counsel for Appellants Rebekka Ann Behr and Louis H. Behr

11. Demar, Julie – Defendant-Appellee

12. Fahey, Sean C. – Counsel for Defendants-Appellees James Campbell and Palm Beach County School District

13. Fenner, Roberta – Defendant-Appellee

14. Fennoy, Donald

15. Florida Office of Inspector General – Defendant-Appellee

16. Florida Guardian Ad Litem Program – Defendant-Appellee

17. Florida State DCF – Defendant-Appellee

18. Franklin, Patricia L. – Defendant-Appellee

19. The Honorable James M. Hopkins – United States Magistrate Judge

20. The Honorable Bruce E. Reinhart – United States Magistrate Judge

21. The Honorable Robin L. Rosenberg– United States District Judge

22. Hudson, Kathy – Defendant-Appellee

23. J.B., minor child, by and through Father, Louis H. Behr – Plaintiff-Appellant

24. Nova Southeastern University, Shepard Broad College of Law, Children and Families Clinic – Appellate Counsel for Plaintiff-Appellant J.B.

25. Oostendorp, Rachel A. – Appellate Counsel for Appellants Rebekka Anne Behr and Louis H. Behr

26. Ovelmen, Richard J. – Appellate Counsel for Appellants Rebekka Anne Behr and Louis H. Behr

27. Palm Beach County Attorney General Office – Defendant-Appellee

28. Palm Beach County Criminal Conflict and Regional Counsel – Defendant-Appellee

29. Palm Beach County DCF – Defendant-Appellee

30. Palm Beach County Guardian Ad Litem Program – Defendant-Appellee

31. Palm Beach County School District – Defendant-Appellee

32. Sandra, Seder – Defendant-Appellee

33. School Board of Palm Beach County, Florida – Defendant-Appellee

34. Taggert, Stacey – Defendant-Appellee

35. Tolbert, Kristin – Defendant-Appellee

Respectfully submitted,

*/s/ Rachel A. Oostendorp*
Rachel A. Oostendorp
Florida Bar No. 0105450
Carlton Fields, P.A.
Miami Tower
100 SE Second Street, Suite 4200
Miami, Florida 33131
Telephone: (305) 530-0050
Facsimile: (305) 530-0055
roostendorp@carltonfields.com
mbaskerville@carltonfields.com
miaecf@cfdom.net

# **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 28, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day via transmission of Notices of Electronic Filing generated by CM/ECF to:

| | |
|---|---|
| Brion Blackwelder, Esq.<br>Florida Bar No. 395544<br>E-mail: brionb@nova.edu<br>Nova Southeastern University<br>Shepard Broad College of Law<br>Children and Families Clinic<br>3305 College Avenue<br>Fort Lauderdale, Florida 33314<br>Tel: (954) 262-6135<br>Fax: (954) 262-3832<br><br>*Appellate Counsel for Appellant J.B., a minor* | Sean Fahey, Esq.<br>Florida Bar No. 101083<br>Jon Erik Bell, Esq.<br>Florida Bar No. 328900<br>School District of Palm Beach County<br>3300 Forest Hill Blvd., Ste. C-216<br>West Palm Beach, Florida 33406<br>Tel: (561) 434-8750<br>Fax: (561) 434-8105<br><br>*Counsel for Appellees James Campbell and Palm Beach County School District*<br><br>Shawntoyia N. Bernard, Esq.<br>Florida Bar No. 651664<br>School District of Palm Beach County<br>3300 Forest Hill Blvd., Suite C-216<br>West Palm Beach, Florida 33406<br>Tel: (561) 434-8750<br>Fax: (561) 434-8105<br><br>*Counsel for Appellee Palm Beach County School District* |

/s/ *Rachel A. Oostendorp*
Rachel A. Oostendorp
Florida Bar No. 0105450