# IN THE UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

_____

Case No. 18-12842-JJ
_____

REBEKKA BEHR, ET AL.,

Appellants,

v.

JAMES CAMPBELL, ET AL.,

Appellees.

_____

On Appeal from the United States District Court
for the Southern District of Florida
L.T. Case No. 9:18-cv-80221-RLR

_____

**APPELLANTS' JOINT UNOPPOSED
MOTION FOR EXTENSION OF TIME
TO FILE AND SERVE INITIAL BRIEF**

_____

NOVA SOUTHEASTERN UNIVERSITY
Shepard Broad College of Law
Children and Families Clinic
3305 College Ave
Fort Lauderdale, Florida 33314
Tel: (954) 262-6135
Fax: (954) 262-3832

*Appellate Counsel for
Appellant J.B., a minor*

CARLTON FIELDS, P.A.
Suite 4200 Miami Tower
100 S.E. Second Street
Miami, Florida 33131
Tel:   (305) 530-0050
Fax:   (305) 530-0055

*Appellate Counsel for Appellants
Rebekka Behr and Louis Behr*

# CERTIFICATE OF INTERESTED PERSONS
# AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1 and Eleventh Circuit Rules 26.1-1 – 26.1-3, Appellants, Rebekka Behr and Louis Behr, hereby certify that the following persons or entities may have an interest in the outcome of this litigation. In addition, Appellants Rebekka Anne Behr and Louis H. Behr state that the corporate-disclosure requirements of F.R.A.P. 26.1 and Eleventh Circuit Rule 26.1-1 do not apply here.

1. Avossa, Robert

2. Behr, Louis H. – Plaintiff-Appellant

3. Behr, Rebekka Anne – Plaintiff-Appellant

4. Bell, Jon E. – Counsel for Defendants-Appellees James Campbell and Palm Beach County School District

5. Bernard, Shawntoyia N. – Counsel for Defendant-Appellee Palm Beach County School District

6. Blackwelder, Brion – Appellate Counsel for Plaintiff-Appellant J.B.

7. Braun, Jay – Defendant-Appellee

8. Brooks, Melissa K. – Defendant-Appellee

9. Campbell, James – Defendant-Appellee

10. Carlton Fields, P.A. – Appellate Counsel for Appellants Rebekka Ann Behr and Louis H. Behr

11. Demar, Julie – Defendant-Appellee

12. Fahey, Sean C. – Counsel for Defendants-Appellees James Campbell and Palm Beach County School District

13. Fenner, Roberta – Defendant-Appellee

14. Fennoy, Donald

15. Florida Office of Inspector General – Defendant-Appellee

16. Florida Guardian Ad Litem Program – Defendant-Appellee

17. Florida State DCF – Defendant-Appellee

18. Franklin, Patricia L. – Defendant-Appellee

19. The Honorable James M. Hopkins – United States Magistrate Judge

20. The Honorable Bruce E. Reinhart – United States Magistrate Judge

21. The Honorable Robin L. Rosenberg– United States District Judge

22. Hudson, Kathy – Defendant-Appellee

23. J.B., minor child, by and through Father, Louis H. Behr – Plaintiff-Appellant

24. Nova Southeastern University, Shepard Broad College of Law, Children and Families Clinic – Appellate Counsel for Plaintiff-Appellant J.B.

25. Oostendorp, Rachel A. – Appellate Counsel for Appellants Rebekka Anne Behr and Louis H. Behr

26. Ovelmen, Richard J. – Appellate Counsel for Appellants Rebekka Anne Behr and Louis H. Behr

27. Palm Beach County Attorney General Office – Defendant-Appellee

28. Palm Beach County Criminal Conflict and Regional Counsel – Defendant-Appellee

29. Palm Beach County DCF – Defendant-Appellee

30. Palm Beach County Guardian Ad Litem Program – Defendant-Appellee

31. Palm Beach County School District – Defendant-Appellee

32. Sandra, Seder – Defendant-Appellee

33. School Board of Palm Beach County, Florida – Defendant-Appellee

34. Taggert, Stacey – Defendant-Appellee

35. Tolbert, Kristin – Defendant-Appellee

*/s/ Rachel A. Oostendorp*
Rachel A. Oostendorp

# APPELLANTS' JOINT UNOPPOSED MOTION
# FOR EXTENSION OF TIME
# TO FILE AND SERVE INITIAL BRIEF

Pursuant to Federal Rule of Appellate Procedure 26 and Eleventh Circuit Rule 26-1, Appellants Rebekka Behr and Louis Behr and Appellant J.B. (collectively, "Appellants") respectfully move this Court for an extension of time, through and including July 10, 2019, within which to file and serve their Initial Brief and a commensurate extension, through and including July 17, 2019, within which to file their appendix. This motion is unopposed and, in support, Appellants state:

1. This is an appeal following the dismissal of the Second Amended Complaint filed by Plaintiffs-Appellants Rebekka Behr and Louis Behr and Plaintiff-Appellant, J.B., a minor. The operative complaint was filed *pro se* and consists of 75 pages and asserts 30 counts against multiple defendants. The district court conducted a *sua sponte* 28 U.S.C. § 1915(e) screening and dismissed the complaint with prejudice for lack of subject matter jurisdiction under the *Rooker-Feldman* doctrine. Appellants subsequently filed a Notice of Appeal.

2. This Court entered an order appointing appellate counsel on behalf of J.B., concluding that "this case involves complex factual allegations and J.B., as a minor, requires the assistance of trained counsel to present his case on appeal." Mr. Blackwelder was appointed as appellate counsel on behalf of J.B.

3.	The Court subsequently granted Rebekka Behr's and Louis Behr's motion for appointment of counsel. The Court entered an order appointing Ms. Oostendorp as appellate counsel for Rebekka Behr and Louis Behr, subject to consultation with Rebekka and Louis. According to the Court's order, the appointment went into effect on April 26, 2019.

4.	Appellants have requested and received a 14-day extension from the Clerk's Office, through and including June 11, 2019, within which to file their Initial Brief.

5.	Appellants jointly request an additional extension, through and including July 10, 2019, within which to file their Initial Brief and a commensurate extension within which to file their appendix on or before July 17, 2019.

6.	Appellants make this request for good cause. Counsel for Appellants have only recently been appointed by this Court to serve as *pro bono* counsel for their respective clients in this case. Appellants respectfully request additional time to adequately analyze the case file, which includes a complex complaint that contains many claims and factual allegations, and to appropriately present those issues in their briefing.  Moreover, Appellants intend to jointly file an Initial Brief, and therefore also require this additional time to coordinate the joint filing.

7.	Good cause also exists due to the press of other matters, including appointed counsel's full case load in federal and Florida courts, as well as the

undersigned's long-planned and pre-paid Memorial Day holiday plans prior to the current deadline.

8. The undersigned has conferred with counsel for Defendants-Appellees James Campbell and Palm Beach County School District, who has indicated that they have no objection to the requested extension.

9. This request is not made for purposes of delay, but only to allow Appellants' respective appointed *pro bono* counsel sufficient time to prepare a joint brief that thoroughly addresses the complex factual allegations and legal issues on appeal.

**WHEREFORE**, for the reasons stated, Appellants Rebekka Behr and Louis Behr and Appellant J..B. respectfully request that the Court grant an extension, through and including July 10, 2019, within which to file and serve their Initial Brief and a commensurate extension, through and including July 17, 2019, within which to file and serve their appendix.

Respectfully submitted on May 28, 2019.

By:

/s/ *Rachel A. Oostendorp*
Rachel A. Oostendorp
Florida Bar No. 0105450
E-mail: roostendorp@carltonfields.com
Carlton Fields, P.A.
100 SE Second Street, Suite 4200
Miami, Florida 33131
Tel:   (305) 530-0050
Fax:   (305) 530-0055

Brion Blackwelder
Florida Bar No. 395544
E-mail: brionb@nova.edu
Nova Southeastern University
Shepard Broad College of Law
Children and Families Clinic
3305 College Ave
Fort Lauderdale, Florida 33314
Tel: (954) 262-6135
Fax: (954) 262-3832

*Appellate Counsel for Appellants
Rebekka Behr and Louis Behr*

*Appellate Counsel for
Appellant J.B., a minor*

# **CERTIFICATE OF COMPLIANCE**

I HEREBY CERTIFY that this motion complies with the type-volume limitation of Rules 27(d)(2)(A) and 32(g)(1) of the Federal Rules of Appellate Procedure.  This motion contains 579 words, excluding the parts of the document exempted by Federal Rule of Appellate Procedure 32(f), according to the word-processing system used to prepare this motion.  This document also complies with the typeface and type-style requirements of Federal Rules of Appellate Procedure 32(a)(5) and 32(a)(6). This motion is written in a proportionally-spaced typeface using Microsoft Word in 14-point Times New Roman.

/s/ *Rachel A. Oostendorp*
Rachel A. Oostendorp

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 28, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day via transmission of Notices of Electronic Filing generated by CM/ECF to:

Brion Blackwelder, Esq.
Florida Bar No. 395544
E-mail: brionb@nova.edu
Nova Southeastern University
Shepard Broad College of Law
Children and Families Clinic
3305 College Avenue
Fort Lauderdale, Florida 33314
Tel: (954) 262-6135
Fax: (954) 262-3832

*Appellate Counsel for Appellant J.B., a minor*

Sean Fahey, Esq.
Florida Bar No. 101083
Jon Erik Bell, Esq.
Florida Bar No. 328900
School District of Palm Beach County
3300 Forest Hill Blvd., Ste. C-216
West Palm Beach, Florida 33406
Tel: (561) 434-8750
Fax: (561) 434-8105

*Counsel for Appellees James Campbell and Palm Beach County School District*

Shawntoyia N. Bernard, Esq.
Florida Bar No. 651664
School District of Palm Beach County
3300 Forest Hill Blvd., Suite C-216
West Palm Beach, Florida 33406
Tel: (561) 434-8750
Fax: (561) 434-8105

*Counsel for Appellee Palm Beach County School District*

/s/ *Rachel A. Oostendorp*
Rachel A. Oostendorp
Florida Bar No. 0105450