# IN THE UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

_____

Case No. 18-12842-JJ
_____

REBEKKA BEHR, ET AL.,

Appellants,

v.

JAMES CAMPBELL, ET AL.,

Appellees.

_____

On Appeal from the United States District Court
for the Southern District of Florida
L.T. Case No. 9:18-cv-80221-RLR

_____

## APPELLANTS' SECOND JOINT UNOPPOSED
## MOTION FOR EXTENSION OF TIME
## TO FILE AND SERVE INITIAL BRIEF

_____

| | |
|---|---|
| NOVA SOUTHEASTERN UNIVERSITY | CARLTON FIELDS, P.A. |
| Shepard Broad College of Law | Suite 4200 Miami Tower |
| Children and Families Clinic | 100 S.E. Second Street |
| 3305 College Ave | Miami, Florida 33131 |
| Fort Lauderdale, Florida 33314 | Tel:   (305) 530-0050 |
| Tel: (954) 262-6135 | Fax:   (305) 530-0055 |
| Fax: (954) 262-3832 | |
| | |
| *Appellate Counsel for* | *Appellate Counsel for Appellants* |
| *Appellant J.B., a minor* | *Rebekka Behr and Louis Behr* |

*Rebekka Behr, et al. v. James Campbell, et al.*
18-12842-JJ

# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1 and Eleventh Circuit Rules 26.1-1 – 26.1-3, Appellants, Rebekka Behr and Louis Behr, hereby certify that the following persons or entities may have an interest in the outcome of this litigation. In addition, Appellants Rebekka Anne Behr and Louis H. Behr state that the corporate-disclosure requirements of F.R.A.P. 26.1 and Eleventh Circuit Rule 26.1-1 do not apply here.

1. Avossa, Robert

2. Behr, Louis H. – Plaintiff-Appellant

3. Behr, Rebekka Anne – Plaintiff-Appellant

4. Bell, Jon E. – Counsel for Defendants-Appellees James Campbell and Palm Beach County School District

5. Bernard, Shawntoyia N. – Counsel for Defendant-Appellee Palm Beach County School District

6. Blackwelder, Brion – Appellate Counsel for Plaintiff-Appellant J.B.

7. Braun, Jay – Defendant-Appellee

8. Brooks, Melissa K. – Defendant-Appellee

9. Campbell, James – Defendant-Appellee

10. Carlton Fields, P.A. – Appellate Counsel for Appellants Rebekka Ann Behr and Louis H. Behr

11. Demar, Julie – Defendant-Appellee

12. Fahey, Sean C. – Counsel for Defendants-Appellees James Campbell and Palm Beach County School District

13. Fenner, Roberta – Defendant-Appellee

14. Fennoy, Donald

15. Florida Office of Inspector General – Defendant-Appellee

16. Florida Guardian Ad Litem Program – Defendant-Appellee

17. Florida State DCF – Defendant-Appellee

18. Franklin, Patricia L. – Defendant-Appellee

19. The Honorable James M. Hopkins – United States Magistrate Judge

20. The Honorable Bruce E. Reinhart – United States Magistrate Judge

21. The Honorable Robin L. Rosenberg– United States District Judge

22. Hudson, Kathy – Defendant-Appellee

23. J.B., minor child, by and through Father, Louis H. Behr – Plaintiff-Appellant

24. Nova Southeastern University, Shepard Broad College of Law, Children and Families Clinic – Appellate Counsel for Plaintiff-Appellant J.B.

25. Oostendorp, Rachel A. – Appellate Counsel for Appellants Rebekka Anne Behr and Louis H. Behr

26. Ovelmen, Richard J. – Appellate Counsel for Appellants Rebekka Anne Behr and Louis H. Behr

27. Palm Beach County Attorney General Office – Defendant-Appellee

28. Palm Beach County Criminal Conflict and Regional Counsel – Defendant-Appellee

29. Palm Beach County DCF – Defendant-Appellee

30. Palm Beach County Guardian Ad Litem Program – Defendant-Appellee

31. Palm Beach County School District – Defendant-Appellee

32. Sandra, Seder – Defendant-Appellee

33. School Board of Palm Beach County, Florida – Defendant-Appellee

34. Taggert, Stacey – Defendant-Appellee

35. Tolbert, Kristin – Defendant-Appellee

*/s/ Rachel A. Oostendorp*
Rachel A. Oostendorp

# APPELLANTS' SECOND JOINT UNOPPOSED MOTION
# FOR EXTENSION OF TIME
# TO FILE AND SERVE INITIAL BRIEF

Pursuant to Federal Rule of Appellate Procedure 26 and Eleventh Circuit Rule 26-1, Appellants Rebekka Behr and Louis Behr and Appellant J.B. (collectively, "Appellants") respectfully move this Court for a three-week extension of time, through and including July 31, 2019, within which to file and serve their Initial Brief and a commensurate extension, through and including August 7, 2019, within which to file their appendix. This motion is unopposed and, in support, Appellants state:

1. This is an appeal following the dismissal of the Second Amended Complaint filed by Plaintiffs-Appellants Rebekka Behr and Louis Behr and Plaintiff-Appellant, J.B., a minor. The operative complaint was filed *pro se* and consists of 75 pages and asserts 30 counts against multiple defendants. The district court conducted a *sua sponte* 28 U.S.C. § 1915(e) screening and dismissed the complaint with prejudice for lack of subject matter jurisdiction under the *Rooker-Feldman* doctrine. Appellants subsequently filed a Notice of Appeal.

2. This Court entered an order appointing appellate counsel on behalf of J.B., concluding that "this case involves complex factual allegations and J.B., as a minor, requires the assistance of trained counsel to present his case on appeal." Mr. Blackwelder was appointed as appellate counsel on behalf of J.B.

3. The Court subsequently granted Rebekka Behr's and Louis Behr's motion for appointment of counsel. The Court entered an order appointing Ms. Oostendorp as appellate counsel for Rebekka Behr and Louis Behr, subject to consultation with Rebekka and Louis. According to the Court's order, the appointment went into effect on April 26, 2019.

4. Appellants jointly requested and received an extension, through and including July 10, 2019, within which to file their Initial Brief and a commensurate extension within which to file their appendix on or before July 17, 2019.

5. Appellants jointly request an additional three-week extension, through and including July 31, 2019, within which to file their Initial Brief and a commensurate extension within which to file their appendix on or before August 7, 2019.

6. Appellants make this request for good cause. Counsel for Appellants have been appointed by this Court to serve as *pro bono* counsel for their respective clients in this case, and respectfully request additional time due to the press of other matters. Mr. Blackwelder is currently handling the significant caseload of the Nova Southeastern University College of Law's Children and Families Law Clinic without the assistance of law students during the summer months. Ms. Oostendorp has also been handling and otherwise assisting with a full case load in federal and Florida courts, including supplemental briefing that was ordered in *DeMartini v.*

*Town of Gulf Stream*, Case No. 17-14177-CC (11th Cir. 2017); discovery and hearings in *FF Cosmetics FL Inc. v. City of Miami Beach*, Case No. 14-cv-22072 (S.D. Fla. 2014); the initial brief before the Florida Third District Court of Appeal in *Matheson v. City of Miami*, Case No. 3D19-711 (Fla. 3d DCA 2019); rehearing and/or Florida Supreme Court briefing in *Hurchalla v. Lake Point*, Case Nos. 4D18-1221 & 4D18-1632 (Fla. 4th DCA 2018). She will also be out of the office attending the annual Florida Bar Convention on June 27th and 28th and for the Fourth of July holiday.

7. The undersigned has conferred with counsel for Defendants-Appellees James Campbell and Palm Beach County School District, who has indicated that they have no objection to the requested extension.

8. This request is not made for purposes of delay, but only to allow Appellants' respective appointed *pro bono* counsel sufficient time to prepare a joint brief that thoroughly addresses the complex factual allegations and legal issues on appeal.

**WHEREFORE**, for the reasons stated, Appellants Rebekka Behr and Louis Behr and Appellant J.B. respectfully request that the Court grant an extension, through and including July 31, 2019, within which to file and serve their Initial Brief and a commensurate extension, through and including August 7, 2019, within which to file and serve their appendix.

Respectfully submitted on June 25, 2019.

By:

Brion Blackwelder
Florida Bar No. 395544
E-mail: brionb@nova.edu
Nova Southeastern University
Shepard Broad College of Law
Children and Families Clinic
3305 College Ave
Fort Lauderdale, Florida 33314
Tel: (954) 262-6135
Fax: (954) 262-3832

*Appellate Counsel for
Appellant J.B., a minor*

*/s/ Rachel A. Oostendorp*
Rachel A. Oostendorp
Florida Bar No. 0105450
E-mail: roostendorp@carltonfields.com
Carlton Fields, P.A.
100 SE Second Street, Suite 4200
Miami, Florida 33131
Tel:   (305) 530-0050
Fax:   (305) 530-0055

*Appellate Counsel for Appellants
Rebekka Behr and Louis Behr*

# CERTIFICATE OF COMPLIANCE

I HEREBY CERTIFY that this motion complies with the type-volume limitation of Rules 27(d)(2)(A) and 32(g)(1) of the Federal Rules of Appellate Procedure.  This motion contains 668 words, excluding the parts of the document exempted by Federal Rule of Appellate Procedure 32(f), according to the word-processing system used to prepare this motion.  This document also complies with the typeface and type-style requirements of Federal Rules of Appellate Procedure 32(a)(5) and 32(a)(6). This motion is written in a proportionally-spaced typeface using Microsoft Word in 14-point Times New Roman.

*/s/ Rachel A. Oostendorp*
Rachel A. Oostendorp

*Rebekka Behr, et al. v. James Campbell, et al.*
18-12842-JJ

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 25, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day via transmission of Notices of Electronic Filing generated by CM/ECF to:

Brion Blackwelder, Esq.
Florida Bar No. 395544
E-mail: brionb@nova.edu
Nova Southeastern University
Shepard Broad College of Law
Children and Families Clinic
3305 College Avenue
Fort Lauderdale, Florida 33314
Tel: (954) 262-6135
Fax: (954) 262-3832

*Appellate Counsel for Appellant J.B., a minor*

Sean Fahey, Esq.
Florida Bar No. 101083
Jon Erik Bell, Esq.
Florida Bar No. 328900
School District of Palm Beach County
3300 Forest Hill Blvd., Ste. C-216
West Palm Beach, Florida 33406
Tel: (561) 434-8750
Fax: (561) 434-8105

*Counsel for Appellees James Campbell and Palm Beach County School District*

Shawntoyia N. Bernard, Esq.
Florida Bar No. 651664
School District of Palm Beach County
3300 Forest Hill Blvd., Suite C-216
West Palm Beach, Florida 33406
Tel: (561) 434-8750
Fax: (561) 434-8105

*Counsel for Appellee Palm Beach County School District*

/s/ *Rachel A. Oostendorp*
Rachel A. Oostendorp
Florida Bar No. 0105450