# CASE NO. 18-12842-JJ

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

---

Rebekka Behr, et al.,

*Appellants*,

vs.

James Campbell, et al.,

*Appellees*.

_____

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
DC Case Number: 9:18-cv-80221-RLR

_____

### APPELLEES JAMES CAMPBELL'S AND PALM BEACH COUNTY SCHOOL DISTRICT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE AND SERVE ANSWER BRIEF

---

Sean Fahey, Esq.
Florida Bar No.: 0101083
Office of General Counsel
School Board of Palm Beach County
3300 Forest Hill Boulevard, Ste. C-331
West Palm Beach, FL 33406
Telephone: (561) 434-8746
Facsimile: (561) 434-8105
sean.fahey@palmbeachschools.org
**Counsel for Appellees James Campbell and Palm Beach County School District**

Case No. 18-12842-JJ, *Rebekka Behr, et al., v. James Campbell, et al.*: C-1 of 2

# CERTIFICATE OF INTERESTED PERSONS
# AND CORPORATE DISCLOSURE STATEMENT

The following is a complete list of all trial judges, attorneys, persons, associations of persons, firms, partnerships, and corporations known to the undersigned that have an interest in the outcome of this case or appeal:

Avossa, Robert

Behr, Louis H.

Behr, Rebekka Anne

Bell, Jon E.

Bernard, Shawntoyia N.

Blackwelder, Brion

Campbell, James

Carlton Fields, P.A.

Fahey, Sean C.

Fennoy, Donald

Hopkins, Hon. James

J.B., minor child, by and through Father, Louis H. Behr

Nova Southeastern University, Shepard Broad College of Law, Children and Families Clinic

Oostendorp, Rachel A.

Ovelmen, Richard J.

Reinhart, Hon. Bruce

Rosenberg, Hon. Robin

School Board of Palm Beach County, Florida

School District of Palm Beach County, Florida

# APPELLEES JAMES CAMPBELL'S AND PALM BEACH COUNTY SCHOOL DISTRICT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE AND SERVE ANSWER BRIEF

Appellees James Campbell and Palm Beach County School District, pursuant to Federal Rules of Appellate Procedure 26 and 31 and 11th Cir. R. 26-1 and 31-2 and by and through undersigned counsel, respectfully move this Court for an extension of time through and including September 20, 2019, within which to file and serve their Answer Brief and a commensurate extension, through and including September 27, 2019, within which to file a supplemental appendix, if any. This Motion is unopposed and, in support, Appellees state as follows.

1. This is an appeal from the District Court's *sua sponte* dismissal of Appellants' 75-page, 30-count Second Amended Complaint pursuant to a screening under 28 U.S.C. § 1915(e).

2. Appellants filed their Initial Brief on July 31, 2019, making Appellees' briefs due on August 30, 2019.

3. Undersigned counsel is responsible for preparing and filing the Answer Brief on behalf of Appellees James Campbell and Palm Beach County School District.

4. Undersigned counsel was out of the office from June 12, 2019 through August 11, 2019, after the birth of his son.

5. On August 12, 2019, upon returning to work, undersigned counsel requested and was granted a 14-day extension by telephone, making the Appellees' brief due September 13, 2019 and the supplemental appendix, if any, seven days later.

6. Undersigned counsel now requests a one-week extension of the deadline for the Appellees' brief, and a commensurate extension of the time for filing a supplemental appendix.

7. On Thursday, August 29, 2019, it began to appear highly possible that Hurricane Dorian would have a significant impact on Palm Beach County, where undersigned counsel works and lives, during the Labor Day weekend.

8. Undersigned counsel spent time on Thursday, August 29th, making preparations for the storm, and the Office of General Counsel closed early on Friday, August 30th, so its employees could make additional preparations for the storm.

9. Hurricane Dorian's movement then unexpectedly slowed, and the School District of Palm Beach County wound up closing its schools and administrative offices, including the Office of General Counsel, on Tuesday, September 3rd and Wednesday, September 4th.

10. While Hurricane Dorian did not end up having a significant impact on Palm Beach County, undersigned counsel lost between three and four working days due to the storm.

11. There is good cause for the requested extension and it is not made for purposes of delay, but rather to make up for working time unexpectedly lost due to Hurricane Dorian.

12. Undersigned counsel has conferred with counsel for Appellants, who indicated that they have no objection to the requested extension.

**WHEREFORE**, for the reasons stated above, Appellees James Campbell and Palm Beach County School District respectfully request that the Court grant an extension, through and including September 20, 2019, within which to file and serve their Answer Brief, and a commensurate extension, through and including September 27, 2019, within which to file and serve their supplemental appendix, if any.

Respectfully submitted on September 6, 2019.

/s/ Sean Fahey
Sean Fahey, Esq.
Florida Bar No.: 0101083

# **CERTIFICATE OF COMPLIANCE**

This Motion complies with the type-volume limitation of Federal Rules of Appellate Procedure 27(d)(2)(A) and 32(g)(1) and the Rules of the United States Court of Appeals for the Eleventh Circuit because it contains 519 words as determined by the Microsoft Word (2016 version) word-processing system used to prepare the Motion, excluding the parts of the Motion exempted by Federal Rule of Appellate Procedure 32(f). This Motion complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6) because this Motion has been prepared in a proportionally spaced typeface using Microsoft Word (2016 version) in 14-point Times New Roman font.

                                                 /s/ Sean Fahey
                                                 Sean Fahey, Esq.
                                                 Florida Bar No.: 0101083

# **CERTIFICATE OF SERVICE**

I hereby certify that on September 6, 2019, I electronically filed this Motion with the Clerk of the Court for the United States Court of Appeals for the Eleventh Circuit by using the CM/ECF system and the following were thereby served by notices generated by CM/ECF:

Brion Blackwelder, Esq.
E-mail: brionb@nova.edu
Nova Southeastern University
Shepard Broad College of Law
Children and Families Clinic
3305 College Avenue
Fort Lauderdale, Florida 33314
Tel: (954) 262-6135
Fax: (954) 262-3832
*Counsel for Appellant, J.B., a minor*

Rachel A. Oostendorp, Esq.
Email: ROostendorp@carltonfields.com
CARLTON FIELDS, P.A.
Suite 4200 Miami Tower
100 S.E. Second Street
Miami, Florida 33131
Tel: (305) 530-0050
Fax: (305) 530-0055
*Counsel for Appellants Rebekka Behr and Louis Behr*

/s/ Sean Fahey
Sean Fahey, Esq.
Florida Bar No.: 0101083