# IN THE UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

_____

Case No. 18-12842-JJ
_____

REBEKKA BEHR, ET AL.,

Appellants,

v.

JAMES CAMPBELL, ET AL.,

Appellees.

_____

On Appeal from the United States District Court
for the Southern District of Florida
L.T. Case No. 9:18-cv-80221-RLR

_____

## APPELLANTS' JOINT UNOPPOSED
## MOTION FOR EXTENSION OF TIME
## TO FILE AND SERVE REPLY BRIEF

_____

Brion Blackwelder, Esq.
NOVA SOUTHEASTERN UNIVERSITY
Shepard Broad College of Law
Children and Families Clinic
3305 College Ave
Fort Lauderdale, Florida 33314
Tel:   (954) 262-6135
Fax:  (954) 262-3832

*Appellate Counsel for*
*Appellant J.B., a minor*

Richard J. Ovelmen, Esq.
Rachel A. Oostendorp, Esq.
CARLTON FIELDS, P.A.
Suite 4200 Miami Tower
100 S.E. Second Street
Miami, Florida 33131
Tel:   (305) 530-0050
Fax:  (305) 530-0055

*Appellate Counsel for Appellants*
*Rebekka Behr and Louis Behr*

# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1 and Eleventh Circuit Rules 26.1-1 to 26.1-3, Appellants Rebekka Behr and Louis Behr hereby certify that the following persons or entities may have an interest in the outcome of this litigation. In addition, Appellants Rebekka Behr and Louis Behr state that the corporate-disclosure requirements of Federal Rule of Appellate Procedure 26.1 and Eleventh Circuit Rule 26.1-1 do not apply here.

1. Avossa, Robert

2. Behr, Louis H. – Plaintiff-Appellant

3. Behr, Rebekka Anne – Plaintiff-Appellant

4. Bell, Jon E. – Counsel for Defendants-Appellees James Campbell and Palm Beach County School District

5. Bernard, Shawntoyia N. – Counsel for Defendant-Appellee Palm Beach County School District

6. Blackwelder, Brion – Appellate Counsel for Plaintiff-Appellant J.B.

7. Braun, Jay – Defendant-Appellee

8. Brooks, Melissa K. – Defendant-Appellee

9. Campbell, James – Defendant-Appellee

10. Carlton Fields, P.A. – Appellate Counsel for Appellants Rebekka Ann Behr and Louis H. Behr

11. Demar, Julie – Defendant-Appellee

12.     Fahey, Sean C. – Counsel for Defendants-Appellees James Campbell and Palm Beach County School District

13.     Fenner, Roberta – Defendant-Appellee

14.     Fennoy, Donald

15.     Florida Office of Inspector General – Defendant-Appellee

16.     Florida Guardian Ad Litem Program – Defendant-Appellee

17.     Florida State DCF – Defendant-Appellee

18.     Franklin, Patricia L. – Defendant-Appellee

19.     The Honorable James M. Hopkins – United States Magistrate Judge

20.     The Honorable Bruce E. Reinhart – United States Magistrate Judge

21.     The Honorable Robin L. Rosenberg– United States District Judge

22.     Hudson, Kathy – Defendant-Appellee

23.     J.B., minor child, by and through Father, Louis H. Behr – Plaintiff-Appellant

24.     Nova Southeastern University, Shepard Broad College of Law, Children and Families Clinic – Appellate Counsel for Plaintiff-Appellant J.B.

25.     Oostendorp, Rachel A. – Appellate Counsel for Appellants Rebekka Anne Behr and Louis H. Behr

26.     Ovelmen, Richard J. – Appellate Counsel for Appellants Rebekka Anne Behr and Louis H. Behr

27.     Palm Beach County Attorney General Office – Defendant-Appellee

28. Palm Beach County Criminal Conflict and Regional Counsel – Defendant-Appellee

29. Palm Beach County DCF – Defendant-Appellee

30. Palm Beach County Guardian Ad Litem Program – Defendant-Appellee

31. Palm Beach County School District – Defendant-Appellee

32. Sandra, Seder – Defendant-Appellee

33. School Board of Palm Beach County, Florida – Defendant-Appellee

34. Taggert, Stacey – Defendant-Appellee

35. Tolbert, Kristin – Defendant-Appellee


*/s/ Rachel A. Oostendorp*
Rachel A. Oostendorp
Florida Bar No. 0105450

# APPELLANTS' JOINT UNOPPOSED
# MOTION FOR EXTENSION OF TIME
# TO FILE AND SERVE REPLY BRIEF

Pursuant to Federal Rule of Appellate Procedure 26 and Eleventh Circuit Rule 26-1, Appellants Rebekka Behr and Louis Behr and Appellant J.B., a minor, respectfully move this Court for an extension of time, through and including December 10, 2019, within which to file and serve their Reply Brief.  This motion is unopposed and, in support, Appellants state:

1.  This is an appeal following the dismissal of the Second Amended Complaint filed by Plaintiffs-Appellants Rebekka Behr and Louis Behr and Plaintiff-Appellant, J.B., a minor.

2.  This Court entered an order appointing appellate counsel on behalf of J.B., concluding that "this case involves complex factual allegations and J.B., as a minor, requires the assistance of trained counsel to present his case on appeal." Mr. Blackwelder was appointed as appellate counsel on behalf of J.B.

3.  The Court subsequently granted Rebekka Behr's and Louis Behr's motion for appointment of counsel.  The Court entered an order appointing Ms. Oostendorp as appellate counsel for Rebekka Behr and Louis Behr.

4.  Appellants jointly requested and received an extension, through and including December 3, 2019, within which to file their Reply Brief.

5. Appellants respectfully request that this Court grant a brief, one-week additional extension of time, through and including December 10, 2019, within which to file their Reply Brief.

6. Appellants make this request for good cause. Counsel for Appellants have been appointed by this Court to serve as *pro bono* counsel for their respective clients in this case, and respectfully request additional time due to the press of other matters.

7. Mr. Blackwelder is Director of the Nova Southeastern University College of Law's Children and Families Law Clinic, where he supervises law students in the handling of a significant caseload. In addition to the course Mr. Blackwelder currently teaches at night, the legal aid clinic is completing its school term's work on many pending cases in the Broward County, Florida family courts.

8. Ms. Oostendorp has also been handling and assisting with a full case load in federal and state courts, including a jurisdictional brief in the Florida Supreme Court in *Liebman, et al. v. City of Miami*, Case No. SC19-1777 (Fla. S. Ct. 2019), that was filed on Wednesday, November 20, 2019; discovery proceedings and briefing on dispositive motions and objections to a Report and Recommendation on a motion to dismiss, with a reply brief in support of summary judgment due on November 22, 2019, in *Club Madonna v. City of Miami Beach*,

Case No. 16-cv-25378 (S.D. Fla. 2016); a reply memorandum to a summary judgment motion and a response to a motion to strike due on November 25, 2019, in *Lebbin, et al. v. Transamerica Life Insurance Co.*, Case No. 18-cv-80558 (S.D. Fla. 2018); and an initial brief in the Florida Third District Court of Appeal due on November 26, 2019, in *City of Miami Beach v. Nichols*, Case No. 3D19-1954 (Fla. 3d DCA 2019).

9. The undersigned also has pre-arranged family travel plans for the Thanksgiving holiday. Moreover, Appellants intend to jointly file a Reply Brief, and require additional time to coordinate the joint filing.

10. The undersigned has conferred with counsel for Appellees James Campbell and Palm Beach County School District, who indicated they have no objection to the requested extension.

11. This request is not made for purposes of delay, but only to allow Appellants' respective appointed *pro bono* counsel sufficient time to prepare a joint Reply Brief.

**WHEREFORE**, for the reasons stated, Appellants Rebekka Behr and Louis Behr and Appellant J.B. respectfully request that the Court grant a one-week extension of time, through and including December 10, 2019, within which to file and serve their Reply Brief.

Respectfully submitted on November 21, 2019.

Brion Blackwelder
Florida Bar No. 395544
E-mail: brionb@nova.edu
Nova Southeastern University
Shepard Broad College of Law
Children and Families Clinic
3305 College Ave
Fort Lauderdale, Florida 33314
Tel:   (954) 262-6135
Fax:   (954) 262-3832

*Appellate Counsel for*
*Appellant J.B., a minor*

By:

*/s/ Rachel A. Oostendorp*
Rachel A. Oostendorp
Florida Bar No. 0105450
E-mail: roostendorp@carltonfields.com
Carlton Fields, P.A.
100 SE Second Street, Suite 4200
Miami, Florida 33131
Tel:   (305) 530-0050
Fax:   (305) 530-0055

*Appellate Counsel for Appellants*
*Rebekka Behr and Louis Behr*

# CERTIFICATE OF COMPLIANCE

I HEREBY CERTIFY that this motion complies with the type-volume limitation of Rules 27(d)(2)(A) and 32(g)(1) of the Federal Rules of Appellate Procedure. This motion contains 622 words, excluding the parts of the document exempted by Federal Rule of Appellate Procedure 32(f), according to the word-processing system used to prepare this motion. This document also complies with the typeface and type-style requirements of Federal Rules of Appellate Procedure 32(a)(5) and 32(a)(6). This motion is written in a proportionally-spaced typeface using Microsoft Word in 14-point Times New Roman.

/s/ *Rachel A. Oostendorp*
Rachel A. Oostendorp

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 21, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day via transmission of Notices of Electronic Filing generated by CM/ECF to:

Brion Blackwelder, Esq.
Florida Bar No. 395544
brionb@nova.edu
Nova Southeastern University
Shepard Broad College of Law
Children and Families Clinic
3305 College Avenue
Fort Lauderdale, Florida 33314
Tel: (954) 262-6135
Fax: (954) 262-3832

*Appellate Counsel for Appellant J.B., a minor*

Sean Fahey, Esq.
Florida Bar No. 101083
sean.fahey@palmbeachschools.org
Jon Erik Bell, Esq.
Florida Bar No. 328900
jon.bell@palmbeachschools.org
School District of Palm Beach County
3300 Forest Hill Blvd., Ste. C-216
West Palm Beach, Florida 33406
Tel: (561) 434-8750
Fax: (561) 434-8105

*Counsel for Appellees James Campbell and Palm Beach County School District*

Shawntoyia N. Bernard, Esq.
Florida Bar No. 651664
shawntoyia.bernard@palmbeachschools.org
School District of Palm Beach County
3300 Forest Hill Blvd., Suite C-216
West Palm Beach, Florida 33406
Tel: (561) 434-8750
Fax: (561) 434-8105
*Counsel for Appellee Palm Beach County School District*

/s/ *Rachel A. Oostendorp*
Rachel A. Oostendorp
Florida Bar No. 0105450