IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 18-12842-JJ

REBEKKA ANNE BEHR,
LOUIS H. BEHR,
J.B.,
minor child, by and through Father, Louis H. Behr,

                                                                                   Plaintiffs - Appellants,

versus

JAMES CAMPBELL,
individually and in his official position as
principal for PBCSD,
PALM BEACH COUNTY SCHOOL DISTRICT,
c/o Dr. AV6OSSO, Superintendent,
MELISSA K. BROOKS,
individually and as natural birth mother,
PATRICIA FRANKLIN,
individually,
SANDRA SEDER,
individually and as lawyer, et al.,

                                                                                    Defendants - Appellees.

Appeal from the United States District Court
for the Southern District of Florida

ORDER:

The motion for extension of time to and including December 10, 2019, in which to file Appellants' reply brief is GRANTED.

                                                                                     UNITED STATES CIRCUIT JUDGE