CASE NO. 18-12842-JJ

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

REBEKKA BEHR, ET AL.,

Appellants,

v.

JAMES CAMPBELL, ET AL.,

Appellees.

Appeal from the United States District Court
for the Southern District of Florida
L.T. Case No. 9:18-cv-80221-RLR

**NOTICE OF COMPLIANCE WITH RULE 4-1.12(C)(2)
OF THE FLORIDA RULES OF PROFESSIONAL CONDUCT
RE: JOHANNA TALCOTT**

Richard J. Ovelmen, Esq.
Rachel A. Oostendorp, Esq.
CARLTON FIELDS, P.A.
Suite 4200 Miami Tower
100 S.E. Second Street
Miami, Florida 33131
Tel: (305) 530-0050
Fax: (305) 530-0055

*Appellate Counsel for Appellants
Rebekka Behr and Louis Behr*

# NOTICE OF COMPLIANCE WITH RULE 4-1.12(C)(2) OF THE FLORIDA RULES OF PROFESSIONAL CONDUCT

This notice serves as the written notice required under 4-1.12(c)(2) of the Florida Rules of Professional Conduct**.** In particular, Rule 4-1.12 of the Florida Rules of Professional Conduct provides in pertinent part:

*RULE 4-1.12 FORMER JUDGE OR ARBITRATOR, MEDIATOR OR OTHER THIRD-PARTY NEUTRAL*

*(a) Representation of Private Client by Former Judge, Law Clerk, or Other Third-Party Neutral.* Except as stated in subdivision (d), a lawyer shall not represent anyone in connection with a matter in which the lawyer participated personally and substantially as a judge or other adjudicative officer or law clerk to such a person or as an arbitrator, mediator, or other third-party neutral, unless all parties to the proceeding give informed consent, confirmed in writing.

…

*(c) Imputed Disqualification of Law Firm.* If a lawyer is disqualified by subdivision (a), no lawyer in a firm with which that lawyer is associated may knowingly undertake or continue representation in the cases unless:

> (1) the disqualified lawyer is timely screened from any participation in the cases and is directly apportioned no part of the fee therefrom; and
>
> (2) written notice is promptly given to the parties and any appropriate tribunal to enable it to ascertain compliance with the provisions of this rule.

Johanna Talcott, who recently served as a law clerk to Judge Adalberto Jordan, joined Carlton Fields, P.A. in the Miami office on November 11, 2019. Prior to Ms. Talcott's arrival, Carlton Fields established an ethical screen to isolate

Ms. Talcott from any contact with Eleventh Circuit cases that Carlton Fields is currently handling.

Dated: January 2, 2020               Respectfully submitted,

>                             */s/ Rachel A. Oostendorp*
>                             Richard J. Ovelmen, Esq.
>                             Florida Bar No. 284904
>                             Rachel A. Oostendorp, Esq.
>                             Florida Bar No. 0105450
>                             E-mail: roostendorp@carltonfields.com
>                             Carlton Fields, P.A.
>                             100 SE Second Street, Suite 4200
>                             Miami, Florida 33131
>                             Tel: (305) 530-0050
>                             Fax: (305) 530-0055
>
>                             *Appellate Counsel for Appellants*
>                             *Rebekka Behr and Louis Behr*

# CERTIFICATE OF SERVICE

  **I HEREBY CERTIFY** that on the 2nd day of January, 2020, I caused the foregoing notice of compliance with Rule 4-1.12(c)(2) of the Florida Rules of Professional Conduct to be electronically filed using the Court's CM/ECF System, thereby serving all registered users in this case by operation of that electronic filing system, including the following individuals:

Brion Blackwelder, Esq.
Florida Bar No. 395544
E-mail: brionb@nova.edu
Nova Southeastern University
Shepard Broad College of Law
Children and Families Clinic
3305 College Avenue
Fort Lauderdale, Florida 33314
Tel: (954) 262-6135
Fax: (954) 262-3832

*Appellate Counsel for Appellant J.B., a minor*

Sean Fahey, Esq.
Florida Bar No. 101083
Jon Erik Bell, Esq.
Florida Bar No. 328900
School District of Palm Beach County
3300 Forest Hill Blvd., Ste. C-216
West Palm Beach, Florida 33406
Tel: (561) 434-8750
Fax: (561) 434-8105

*Counsel for Appellees James Campbell and Palm Beach County School District*

Shawntoyia N. Bernard, Esq.
Florida Bar No. 651664
School District of Palm Beach County
3300 Forest Hill Blvd., Suite C-216
West Palm Beach, Florida 33406
Tel: (561) 434-8750
Fax: (561) 434-8105

*Counsel for Appellee Palm Beach County School District*

/s/ *Rachel A. Oostendorp*
Rachel A. Oostendorp
Florida Bar No. 0105450