United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia  30303

David J. Smith                                                                                            In Replying Give Number
Clerk                                                                                                         Of Case and Names of Parties

July 9, 2020

**NOTICE TO COUNSEL OR PARTIES IN CASES LISTED BELOW:**

The following cases are scheduled for oral argument during the week of **OCTOBER 26, 2020, IN MIAMI, FLORIDA.  COURT WILL BE HELD TUESDAY-FRIDAY OF THIS WEEK. COUNSEL WILL RECEIVE A FINAL CALENDAR APPROXIMATELY 6-8 WEEKS IN ADVANCE OF THE SESSION ASSIGNING A SPECIFIC DATE OF ORAL ARGUMENT.**
*Please note that after an appeal is assigned to a specific day for oral argument, any change in or addition to counsel in the appeal requires leave of court.  See General Order 36.*

If counsel has any insoluble scheduling conflicts which would interfere with argument during that week, please telephone this office **AS SOON AS POSSIBLE** at 404-335-6131 or email Jenifer_Tubbs@ca11.uscourts.gov.

**JENIFER TUBBS**
Court Sessions Supervisor

---------------------------------------------------------------------------------------------------------------------------------

*PLEASE TELEPHONE THIS OFFICE IMMEDIATELY WITH ANY SCHEDULING REQUESTS. PLEASE REFER TO CALENDAR #2.*

| | |
|---|---|
| 17-15030 | United States v. Anita Sgarro, et al. (Consolidated with 17-15003, United States v. Matthew Wheeler, et al. and 17-15379, United States v. James Long) (REVISED ARGUMENT DATE) |
| 16-16194 | United States v. Lance Cannon |
| 19-10562 | Nikki McIntosh, et al. v. Royal Caribbean Cruises LTD. |
| 19-12834 | Matias Campiani, et al. v. U.S. Citizenship and Immigration Services, et al. |
| 17-15611 | United States v. Scott Trader |
| 19-12717 | United States v. Oral Russell |
| 18-12842 | Rebekka Behr, et al. v. James Campbell, et al. |
| 18-14496 | Elliott Gelber, et al. v. AKAL Security, Inc. |
| 19-11900 | Claire Lambert v. Signature Healthcare, LLC, et al. |
| 18-13532 | United States v. Joshua Rogers |
| 19-11747 | Mayte Lopez v. Acting Commissioner of Social Security Administration |
| 19-11660 | Yodalis Perez v. Commissioner of Social Security |
| 19-10783 | United States v. Thomas White |
| 19-11378 | United States v. Gabriel Dominguez |
| 19-10678 | United States v. Peter Bobal |
| 19-10676 | United States v. Arman Abovyan |