United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia  30303

| | |
|---|---|
| David J. Smith | In Replying Give Number |
| Clerk | Of Case and Names of Parties |

September 18, 2020

**NOTICE TO COUNSEL OR PARTIES IN CASES LISTED BELOW:**

The following cases are scheduled for oral argument during the week of **JANUARY 11, 2021, IN MIAMI, FLORIDA.  COURT WILL BE HELD TUESDAY-FRIDAY OF THIS WEEK.  COUNSEL WILL RECEIVE A FINAL CALENDAR APPROXIMATELY 6-8 WEEKS IN ADVANCE OF THE SESSION ASSIGNING A SPECIFIC DATE OF ORAL ARGUMENT.**
*Please note that after an appeal is assigned to a specific day for oral argument, any change in or addition to counsel in the appeal requires leave of court. See 11th Cir.R.34-4(e).*

If counsel has any insoluble scheduling conflicts which would interfere with argument during that week, please telephone this office **AS SOON AS POSSIBLE** at 404-335-6166 or email me at Jenifer_Tubbs@ca11.uscourts.gov

**JENIFER TUBBS**
Court Sessions Supervisor

---

***PLEASE TELEPHONE THIS OFFICE IMMEDIATELY WITH ANY SCHEDULING REQUESTS. PLEASE REFER TO CALENDAR #8.***

| Case No. | Case Name |
|---|---|
| 17-15030 | United States v. Anita Sgarro, et al. (Consolidated with 17-15003, United States v. Matthew Wheeler, et al. and 17-15379, United States v. James Long)(REVISED ARGUMENT DATE) |
| 19-13109 | In re:  Howard Rubinstein (REVISED ARGUMENT DATE) |
| 18-12842 | Rebekka Behr, et al. v. James Campbell, et al. (REVISED ARGUMENT DATE) |
| 18-14496 | Elliott Gelber, et al. v. AKAL Security, Inc. (REVISED ARGUMENT DATE) |
| 19-12908 | People for the Ethical, et al v. United States Department of Agriculture, et al. (REVISED ARGUMENT DATE) |
| 19-14049 | NLG, LLC v. Horizon Hospitality Group, LLC, et al. |
| 19-13276 | United States v. US Stem Cell Clinic, LLC, et al. |
| 19-13381 | Katherine Leemon, et al. v. US Stem Cell Clinic, LLC, et al. |
| 19-12258 | Johanna Vibe Ener v. Pedro Martin, et al. |
| 19-11680 | United States v. Richard Maurival |
| 19-11934 | United States v. Jose Morales |
| 19-10030 | Latele Television, C.A. v. Telemundo Communications Group, et al. |
| 19-14820 | Abbey Kaplan, et al. v. Nautilus Insurance Company |
| 19-14183 | Jassid Tillman v. Complete Credit Solutions, Inc., et al. |
| 19-13285 | Wreal, LLC v. Amazon.com, Inc. |
| 19-11286 | Kevin Harris v. James Jayo |