# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

December 04, 2020

MEMORANDUM TO COUNSEL OR PARTIES

Appeal Number:  18-12842-W
Case Style:  Rebekka Behr, et al v. James Campbell, et al
District Court Docket No:  9:18-cv-80221-RLR

Counsel,

In view of the circumstances surrounding the COVID-19 pandemic, the Court wishes to advise the attorneys of record that oral argument in the cases scheduled to be heard during the week of December 14, 2020, in Atlanta, Georgia, will not be conducted in person.

Instead, the Court offers two options for attorneys who intend to orally argue any of those cases. They may:

(1) File a motion to submit the case on the briefs, which the panel will give serious consideration, particularly if the motion is filed jointly[1], no later than December 11, 2020, or

(2) Participate in oral argument via Zoom videoconference from any location other than the courthouse.

The judges on the panel will conduct the oral argument proceedings and participate in them by Zoom videoconference.  The usual order of arguments and time limits will apply.

Attorneys who are participating in an argument will be provided a Zoom link.  The Clerk's Office, with the assistance of the Court's IT Department, will make the necessary arrangements and notify attorneys who will participate in the arguments of the technical details. Please email Valerie_Geddis@ca11.uscourts.gov to confirm receipt of this notice.

---

[1] Pursuant to the 11th Cir. R. 34-3(f), the judges of the panel may also decide that certain appeals on the calendar "will be decided by the panel without oral argument."

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Valerie L Geddis
Phone #: (404) 335-6143