**UNITED STATES COURT OF APPEALS**
**For the Eleventh Circuit**

_____

No. 18-12842

_____

District Court Docket No.
9:18-cv-80221-RLR

REBEKKA ANNE BEHR,
LOUIS H. BEHR,
J.B.,
minor child, by and through Father, Louis H. Behr,

                                        Plaintiffs - Appellants,

versus

JAMES CAMPBELL,
individually and in his official position as
principal for PBCSD,
PALM BEACH COUNTY SCHOOL DISTRICT,
c/o Dr. AV6OSSO, Superintendent,
MELISSA K. BROOKS,
individually and as natural birth mother,
PATRICIA FRANKLIN,
individually,
SANDRA SEDER,
individually and as lawyer, et al.,

                                        Defendants - Appellees.

_____

Appeal from the United States District Court for the
Southern District of Florida

_____

JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is
entered as the judgment of this Court.

Entered: August 12, 2021
For the Court: DAVID J. SMITH, Clerk of Court
By: Djuanna H. Clark